AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00212 |
| Nathan Earl Hughes | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 8/18/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Nathan Earl Hughes_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 231(a)(3) (civil disorder)
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(E) - (Impeding Passage Through the Capitol Grounds or Buildings)

Date: __08/18/2023__

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.18 14:46:45 -04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   __G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/18/23, and the person was arrested on *(date)* 8/30/23
at *(city and state)* Fayetteville, Arkansas

Date: 8/30/23

*Arresting officer's signature*
Kimberly R. Allen, Special Agent FBI
*Printed name and title*